**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Raymond P. Moore**

Civil Action No.   14-cv-03202-RM-KMT

JOHN SAPUPPO and
ALLISON SAPUPPO,

      Plaintiffs,

v.

ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY and
ADAM GOODMAN,

      Defendants.

_____

## ORDER
_____

      This matter comes before the Court on the parties' "Stipulation to Withdraw the Motion to Dismiss and Stipulation to Dismiss Claims against Adam Goodman with Prejudice."  (ECF No. 18.)  Previously, Defendants moved to dismiss all of Plaintiffs' claims against Defendant Adam Goodman ("Goodman") and certain claims against Defendant Allstate Fire and Casualty Insurance Company ("Allstate").  (ECF No. 9.)

      Based on the stipulation (ECF No. 18), the Court:

      (1)    ACCEPTS the stipulation (ECF No. 18);

      (2)    DISMISSES WITH PREJUDICE Plaintiffs' claims against Defendant Goodman (ECF No. 3) with each party to pay its own attorneys' fees and costs related to those claims against Defendant Goodman;

(3)     ORDERS that the matter will proceed only as to Plaintiffs' claims against

Defendant Allstate (ECF No. 3); and

(4)     DENIES as MOOT Defendants' motion to dismiss (ECF No. 9).

DATED this 2nd day of March, 2015.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge